Green
v.
Beekman.

SAVAGE, Ch. J. was absent.

---

GREEN and MATTHEWS *against* BEEKMAN and others, owners unknown.

IN partition. *Story* moved that moneys, paid into Court for the use of owners unknown, pursuant to the statute, (sess. 36, ch. 100, s. 7, 1 R. L. 511,) be paid over to two persons who claimed it. He produced proof that the proper notice of the motion had been given, and because the sum claimed by each was small, being but about $225, and it appeared that the claimants were men of large fortunes, the Court did not require the security to refund which they are authorized by the statute to demand in their *discretion*.

Rule accordingly.

SAVAGE, Ch. J. was absent.

In partition, money paid in-to court for use of owners un-known, paid out to claim-ants, without requiring se-curity to re-fund, as provi-ded by statute, (sess. 36, ch. 100, s. 7, 1 R. L. 511,) it ap-pearing that the sum claim-ed was small, and the claim-ants wealthy.